CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

MAR 26 2008

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| PAULUS IRVIN PERKINS, ) | |
|     Plaintiff, ) | Civil Action No. 7:07-cv-00526 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| BRYAN WATSON et al., ) | By: Hon. James C. Turk |
|     Defendants. ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's motion to voluntary dismiss all claims except the Eighth Amendment claims related to plaintiff's weight loss (docket number 18) is **GRANTED**; defendants' motions for summary judgment as related to the Eighth Amendment weight loss claims are **GRANTED** and plaintiff's claims are **DISMISSED** in their entirety; any other pending motion are hereby **DENIED as MOOT**, and this case is **STRICKEN** from the active docket of the court.[*]

The Clerk is directed to send copies of this Order and accompanying Memorandum Opinion to plaintiff and to all counsel of record for defendants.

ENTER: This 26th day of March, 2008

/s/ James C. Turk
Senior United States District Judge

---

[*] Plaintiff is advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 30 days of the date of entry of this Order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).